NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

17-397

STATE OF LOUISIANA

VERSUS

GEORGE MORGAN aka GEORGE MORGAN, SR.

**********

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 105965-T
HONORABLE GARY J. ORTEGO, DISTRICT JUDGE

**********

PHYLLIS M. KEATY
JUDGE

**********

Court composed of Phyllis M. Keaty, Van H. Kyzar, and Candyce G. Perret, Judges.

APPEAL DISMISSED.

Trent Brignac
District Attorney
Post Office Drawer 780
Ville Platte, Louisiana 70586
(337) 363-3438
Counsel for Appellee:
     State of Louisiana

**George Morgan**
**In Proper Person**
**Post Office Box 396**
**Melville, Louisiana  71353**
**(337) 247-3116**
**Defendant/Appellant:**

**KEATY, Judge.**

On March 4, 2016, Defendant-Appellant, George Morgan aka George Morgan, Sr., was charged by bill of information with improper lane usage, a violation of La.R.S. 32:79; resisting an officer, a violation of La.R.S. 14:108; and failure to yield to an emergency vehicle, a violation of La.R.S. 32:125. On February 9, 2017, Defendant-Appellant was found guilty of improper lane usage and resisting an officer. As a result, he was sentenced on the improper lane usage conviction to fifteen days in the parish jail, suspended, and he was placed on active supervised probation for a term of six months. He was also ordered to pay a fine of $100.00, court costs in the amount of $97.50, a probation fee of $50.00, a prosecution fee of $100.00, and a warrant fee in the amount of $50.00. On the resisting an officer conviction, Defendant-Appellant was sentenced to six months in the parish jail, suspended, and he was placed on active supervised probation for a term of one year. This sentence also ordered that he pay a fine in the amount of $500.00, court costs in the amount of $97.50, a probation fee of $50.00, a prosecution fee of $100.00, a Victim Fund fee of $7.50, and a warrant fee in the amount of $50.00. The sentences and probation were ordered to run concurrently with each other, but the fines and fees were ordered to run consecutively to one another. The failure to yield to an emergency vehicle charge was dismissed.

On March 3, 2017, Defendant-Appellant filed a "Notice of Appeal, With Order of Appeal" with the trial court. The trial court granted Defendant-Appellant's notice of appeal on March 7, 2017.

On April 25, 2017, this court lodged the appeal record. On May 2, 2017, this court issued a rule to show cause why the appeal in this matter should not be

dismissed as non-appealable, since the offenses at issue are misdemeanors. La.Code Crim.P. art. 912.1.

On June 2, 2017, this court received a letter from Defendant-Appellant requesting an extension of time to respond to this court's rule to show cause. On the same date, this court granted Defendant-Appellant's request for additional time to respond to this court's rule to show cause with an extension date of June 26, 2017. On June 30, 2017, this court received a filing from Defendant-Appellant; however, the filing did not address the issue of appealability. The June 30, 2017 filing has been construed as a writ application. Defendant-Appellant's writ application is pending before this court bearing Docket Number 17-617. Accordingly, we dismiss Defendant-Appellant's appeal in the instant case.

**APPEAL DISMISSED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.